UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                             CHAPTER 13
BRAD HOLCOMB
KATHLEEN HOLCOMB                                   CASE NO. 10-70597

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    Bank of America NA          **Court claim #: 29**

**Last four digits** of any number used to identify the debtor's account: 2939

*Final Cure Amount*

Amount of Prepetition Arrears        $5965.95 (Per Creditor's late-filed Amended Proof of Claim)

Amount Paid by Trustee               $4122.00

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan        ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  10/8/2014                    /s/Lydia S. Meyer
                                     Lydia S. Meyer, Trustee
                                     308 W. State St., Suite 212
                                     Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 8th Day of October, 2014.

Dated:  10/8/2014                    /s/Cynthia K. Burnard

BANK OF AMERICA NA
PO BOX 660933
DALLAS, TX  75266-0933

BANK OF AMERICA
PO BOX 2463
SPOKANE, WA  99210-2463

BANK OF AMERICA NA
BANKRUPTCY DEPT MS CA6-919-01-23
400 NATIONAL WAY
SIMI VALLEY, CA 93065

BRAD HOLCOMB
5597 ANDREW DR., APT. 1
ROSCOE, IL  61073

KATHLEEN HOLCOMB
12856 DUNCAN LANE
ROCKTON, IL  61072

ATTORNEY BERNARD NATALE
6833 STALTER DRIVE, SUITE 201
ROCKFORD, IL  61108